UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EUGENE JAMES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SACRAMENTO COUNTY SUPERIOR COURT,<br><br>　　　　Defendant. | No.  2:24-cv-1585 WBS CSK P<br><br><br>ORDER |

Plaintiff filed a motion for first extension of time to file objections to the June 7, 2024 findings and recommendations.  Plaintiff seeks an extension of time until June 25, 2024.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 8) is granted; and
2. Plaintiff shall file his objections on or before July 2, 2024.

Dated:  June 24, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/jame1585.36

1